RECEIVED

APR 2 6 2024

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

NELSON. A. Borjas

vs.

WALMART, INC.
#7079

Plaintiff(s),

Defendant(s).

(Enter the full name(s) of ALL plaintiffs
and defendants in this lawsuit. Please
attach additional sheets if necessary.)

Case No. 24-cv-1524 (KMM/DLM)
(To be assigned by Clerk of District
Court)

DEMAND FOR JURY
TRIAL
YES ✓  NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name Nelson Alexander Borjas

      Street Address 116 E prince ST. Apt. 101

      County, City Lake cristal, PO Box #75

      State & Zip Code 56055 MN.

      Telephone Number 507-3816827

2. List all defendants. You should state the full name of the defendant, even if that defendant is
   a government agency, an organization, a corporation, or an individual. Include the address

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name WALMAR, D C. #7079

Street Address 101 Sohler Dr,

County, City Mankato

State & Zip Code 56001

b. Defendant No. 2

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

a. ☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b. ☑ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☐ Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

(Street Address)             (City/County)        (State)        (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

6/01/2022

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. ☑ Yes   Date filed: 02/15/23

b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a.  ☑ Yes        If yes, please attach a copy of the letter to this complaint.

b.  ☐ No

NATURE OF THE CASE

8.  The conduct complained of in this law suit involves (check only those that apply):

a.  ☐ Failure to hire me

b.  ☑ Termination of my employment

c.  ☐ Failure to promote me

d.  ☐ Failure to accommodate my disability

e.  ☐ Terms and conditions of employment differ from those of similar employees

f.  ☑ Retaliation

g.  ☐ Harassment

h.  ☐ Other conduct (please specify):

i.  Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☑ Yes    ☐ No

9.      I believe that I was discriminated against because of my (check all that apply):

a.  ☐ Race

b.  ☐ Religion

c.  ☑ National origin

4

d. ☐ Color

e. ☐ Gender

f. ☐ Disability

g. ☐ Age (my birth year is:_____)

h. ☐ Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☐ Yes    ☐ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10.

Attach additional sheets of paper as necessary.

Check here if additional sheets of paper are attached:☐

Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Date: 04/26/2024      *nelsonBorjas*

                 Signature of Plaintiff

Mailing Address   Nelson BorJaS
P.O Box#75,
Lake Crystal, MN. 56055

Telephone Number   507-381-6827
borjasnelson911@gmail.com

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

6